142 So. 917
**Lucy C. HILLMAN v. James H. HILLMAN et al.**
3 Div. 995.

Supreme Court of Alabama.
May 26, 1932.

Warren S. Reese and Warren S. Reese, Jr., both of Montgomery, for appellant.

694

Hill, Hill, Whiting, Thomas & Rives, of Montgomery, for appellees.

THOMAS, J.

Corrected and affirmed.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.